DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL SAMUELS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3723

[March 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-2015-CF-003354-AXXX-MB.

Michael Samuels, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*